**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

---

|  |  |  |
|---|---|---|
| Kimberly Dibattista, | : | |
| | : | Civil Action No.:  1:14-cv-12873-DPW |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| Gragil Associates, Inc.; and DOES 1-10, | : | |
| inclusive, | : | |
| | : | |
| Defendant. | : | |
| | : | |

---

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their

respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action

is hereby dismissed against Gragil Associates, Inc. with prejudice and without costs to any party.

DATED: January 16, 2015

| Kimberly Dibattista | Gragil Associates, Inc. |
|---|---|
| /s/ Sergei Lemberg | /s/ John J. O'Connor |
| Sergei Lemberg, Esq. | John J. O'Connor |
| BBO No.: 650671 | BBO #555251 |
| LEMBERG LAW, LLC | Peabody & Arnold LLP |
| 1100 Summer Street, 3rd Floor | Federal Reserve Plaza |
| Stamford, CT  06905 | 600 Atlantic Avenue |
| (203) 653-2250 | Boston, MA 02210-2261 |
| slemberg@lemberglaw.com | Tel. (617) 951-2100 |
| Attorney for Plaintiff | Fax. (617) 951-2125 |
| | joconnor@peabodyarnold.com |
| | Attorney for Defendant |

---

SO ORDERED

**CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2015, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF), which sent notice of such filing to the following:

John J. O'Connor
BBO #555251
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2261

By /s/ Sergei Lemberg
Sergei Lemberg, Esq.